FRANK N. DARRAS (State Bar. No. 128904)
MICHAEL B. HORROW (State Bar No. 162917)
SHERNOFF BIDART & DARRAS, LLP
3257 E. Guasti Road, Suite 300
Ontario, CA  91761
Telephone:   (909) 390-3770
Facsimile:    (909) 974-2121

Attorneys for Plaintiff
MAKHETSI G. PHAKOA

MICHAEL BARNES (State Bar No. 121314)
STEPHANIE DUCHENE (State Bar No. 234896)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile:  (415) 543-5472

Attorneys for Defendants
GE CAPITAL ASSURANCE and
GENWORTH FINANCIAL SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAKHETSI G. PHAKOA,<br><br>             Plaintiff,<br><br>      vs.<br><br>GE CAPITAL ASSURANCE and GENWORTH FINANCIAL SERVICES, INC.,<br><br>             Defendants. | No. C 06-01945 SBA<br><br>STIPULATION RE IDENTITY OF FIRST-NAMED DEFENDANT AND FOR DISMISSAL WITHOUT PREJUDICE OF SECOND-NAMED DEFENDANT<br><br>*and*<br><br>ORDER THEREON |

Plaintiff Makhetsi G. Phakoa and defendants GE Capital Assurance and Genworth Financial Services, Inc., through their respective counsel of record, hereby stipulate as follows:

-1-

CASE NO. C 06-01945 SBA                                                                STIP. RE DEFENDANTS AND
                                                                                                         PROPOSED ORDER THEREON

1   WHEREAS plaintiff has commenced this action against defendants GE Capital Assurance and Genworth Financial Services, Inc. to recover damages arising from the handling of a claim under a certificate of accident insurance; and

WHEREAS said defendants and their counsel have represented that the entity that actually issued plaintiff's policy is "General Electric Capital Assurance Company," which is now known as "Genworth Life Insurance Company"; and

WHEREAS the parties desire that the action should properly proceed against the legal entity that actually issued plaintiff's certificate;

NOW, therefore, it is hereby stipulated and agreed that:

1.   The proper name of defendant "GE Capital Assurance" is now "Genworth Life Insurance Company," and further filings by said defendant shall be in the name of "Genworth Life Insurance Company, sued as GE Capital Assurance"; and

2.   Defendant Genworth Financial Services, Inc. shall be dismissed without prejudice, with it and plaintiff incurring their own costs and fees incurred as to said defendant.

IT IS HEREBY SO STIPULATED.

Dated: May __, 2006          SHERNOFF BIDART & DARRAS LLP

                             By            /s/
                                  MICHAEL B. HORROW

                             Attorneys For Plaintiff MAKHETSI PHAKOA

Dated: May __, 2006          SONNENSCHEIN NATH & ROSENTHAL LLP

                             By            /s/
                                  MICHAEL BARNES

                             Attorneys for Defendants
                             GE CAPITAL ASSURANCE and GENWORTH
                             FINANCIAL SERVICES, INC.

IT IS SO ORDERED.

Dated: 5/12/06               _____
                             SAUNDRA B. ARMSTRONG
                             UNITED STATES DISTRICT JUDGE

-2-

CASE NO. C 06-01945 SBA                    STIP. RE DEFENDANTS AND
                                           PROPOSED ORDER THEREON